AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GAIL T. SMITH, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)    **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE, )    **CASE NO. 7:10-CV-200-D**<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>    Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 13] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 17] is GRANTED, and Defendant's final decision is AFFIRMED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 21, 2012,** WITH A COPY TO:

Shelly Bao (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 21, 2012<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina