AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GAIL T. SMITH,<br>　　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-200-D** |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 13] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 17] is GRANTED, and Defendant's final decision is AFFIRMED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 21, 2012,** WITH A COPY TO:

Shelly Bao (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


March 21, 2012　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina